# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| THE MEDICAL CENTER AT ELIZABETH PLACE, | : : | Case No. 3:12-cv-26 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : : | |
| PREMIER HEALTH PARTNERS, *et al.*, | : | |
| Defendants. | : | |

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]    Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[ x ]    Decision by Court:    IT IS ORDERED AND ADJUDGED**: that the Defendants' Motion for Summary Judgment as to Plaintiff's Claim Lacks the Necessary Plurality of Actor (Doc. 131) is **GRANTED**; and this case is **CLOSED** on the docket of this Court.

Date: October 20, 2014                                             **JOHN P. HEHMAN, CLERK**

                                                                                    By: *s/ M. Rogers*
                                                                                    Deputy Clerk