IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE MEDICAL CENTER AT ELIZABETH PLACE, LLC, | : | CASE NO. 3:12-cv-00026-WHR |
| | : | (Judge Walter H. Rice) |
| Plaintiff, | : | |
| v. | : | ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' MOTION TO PRECLUDE TRIAL OF UNPLED RIM CONSPIRACY CLAIM |
| PREMIER HEALTH PARTNERS, et al., | : | |
| Defendants. | : | |
| | : | |

This matter is before the Court on Defendants' Motion for Leave to File Under Seal Defendants' Motion to Preclude Trial of Unpled Rim Conspiracy Claim.

For good cause shown, Defendants' Motion for Leave to File Under Seal is GRANTED. Defendants shall file their Motion, including all exhibits, under seal.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1174541.1