IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THE MEDICAL CENTER AT
ELIZABETH PLACE,

    Plaintiff,

v.

PREMIER HEALTH PARTNERS,
*et al.*,

    Defendants.

:
:
:
:
:

Case No. 3:12-cv-26

JUDGE WALTER H. RICE

---

ENTRY MEMORIALIZING MAY 12, 2017, CONFERENCE CALL

---

During a conference call held on May 12, 2017, the following topics were discussed:

- As previously scheduled, a Final Pretrial Conference will be held on August 4, 2017, at 1:30 p.m., and Trial will commence on August 14, 2017. The Court will meet with counsel each day at 8:45 a.m. Trial will be held from 9:15 a.m.-4:30 p.m. Mondays through Thursdays, and 9:15 a.m.-12:15 p.m. on Fridays, with a one hour break for lunch.

- Eight jurors will be seated, along with four-to-six alternates. The jury venire will consist of at least 60-70 individuals who have been pre-screened for scheduling conflicts.

- Each side shall be given three peremptory challenges for the panel of eight jurors, plus two more peremptory challenges for the alternate jurors.

- No later than July 17, 2017, counsel shall submit, for the Court's review, a jointly-prepared supplemental juror questionnaire, which will be mailed to all prospective jurors on July 31, 2017. No later than August 7, 2017, counsel may also submit a list of questions that they would like the Court to ask during voir dire.

- As previously agreed, the deadline for challenging removal of confidential designations of deposition testimony and deposition exhibits is June 28, 2017.

- Objections to trial exhibits are due by July 26, 2017. To the extent possible, the Court will make preliminary rulings on admissibility prior to trial.

- In order to preserve the August 14, 2017, trial date, counsel will bring any unresolved issues to the Court's attention as soon as possible.

- Counsel has requested daily trial transcripts, which the Court is able to provide.

- Counsel shall make arrangements with the Courtroom Deputy to test audiovisual equipment at least one week prior to trial.

- Prior to the trial testimony of each expert witness, counsel may present to the jury a 2-5 minute overview of what they anticipate that expert witness to say.

- Counsel will consider whether bifurcation of any of the issues for trial might be prudent.

Date: June 5, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE