IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE MEDICAL CENTER AT ELIZABETH PLACE, LLC, | : | CASE NO. 3:12-cv-00026-WHR |
| | : | (Judge Walter H. Rice) |
| Plaintiff, | : | |
| v. | : | |
| PREMIER HEALTH PARTNERS, et al., | : | [ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO FILE UNDER SEAL ALL MOTION IN LIMINE AND *DAUBERT* MOTIONS DUE JUNE 16, 2017 |
| Defendants. | : | |

This matter is before the Court on the Parties' Joint Motion for Leave to File Under Seal All Motions in Limine and *Daubert* Motions Due June 16, 2017.

For good cause shown, the Parties' Joint Motion for Leave to File Under Seal All Motions in Limine and *Daubert* Motions Due June 16, 2017 is GRANTED. Defendants shall file all motions in *limine* and all *Daubert* motions, as well as all accompanying memoranda in support and exhibits, under seal.

IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1194360.1