IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE MEDICAL CENTER AT ELIZABETH PLACE, LLC, | : | CASE NO. 3:12-cv-00026-WHR |
| | : | (Judge Walter H. Rice) |
| Plaintiff, | : | |
| v. | : | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' LIST OF CAUSE OBJECTIONS TO AUGUST 4, 2017 LIST OF POTENTIAL JURORS |
| PREMIER HEALTH PARTNERS, et al., | : | |
| Defendants. | : | |
| | : | |

This matter is before the Court on Defendants' Motion for Leave to File Under Seal Defendants' List of Cause Objections to August 4, 2017 List of Potential Jurors.

For good cause shown, Defendants' Motion for Leave to File Under Seal Defendants' List of Cause Objections to August 4, 2017 List of Potential Jurors is GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1214959.1