AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| The Medical Center at Elizabeth Place, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3: 12-cv-26 |
| Premier Health Partners, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: DISMISSING PLAINTIFF'S SHERMAN ACT CLAIM WITH PREJUDICE; JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Decision and Entry

Date: 8/9/17

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*