# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THE MEDICAL CENTER AT ELIZABETH PLACE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER HEALTH PARTNERS, et al.<br><br>Defendants. | CASE NO. 3:12-cv-00026-WHR<br><br>Judge Walter H. Rice<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A MEMORANDUM IN OPPOSITION TO DEFENDANTS' RENEWED AND UPDATED MOTION FOR COSTS, EXPERT FEES, AND EXPENSES |

Upon review of Plaintiff Medical Center at Elizabeth Place, LLC's Unopposed Motion for Extension of Time to File a Memorandum in Opposition to Defendants' Renewed and Updated Motion for Costs, Expert Fees and Expenses, and for good cause shown, the Court hereby GRANTS the Motion. Plaintiff shall have up to and including January 21, 2020 to file its response to Defendants' Renewed and Updated Motion.

IT IS SO ORDERED.

_____
Judge Walter H. Rice
UNITED STATES DISTRICT COURT JUDGE

3287605.1