IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE MEDICAL CENTER AT ELIZABETH PLACE, LLC, | : | CASE NO. 3:12-cv-00026-WHR |
| | : | (Judge Walter H. Rice) |
| Plaintiff, | : | |
| v. | : | |
| PREMIER HEALTH PARTNERS, et al., | : | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE (1) REPLY TO PLAINTIFF'S MEMORANDUM OPPOSING DEFENDANTS' MOTION FOR COSTS AND EXPERT FEES AND EXPENSES AND (2) OPPOSITION TO PLAINTIFF'S MOTION FOR EXPERT FEES** |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

This matter is before the Court on Defendants' Motion for Extension of Time to File (1) Reply to Plaintiff's Memorandum Opposing Defendants' Motion for Costs and Expert Fees and Expenses and (2) Opposition to Plaintiff's Motion for Expert Fees. Doc. #313. Defendants' Motion is GRANTED. Defendants shall file a Reply to Plaintiff's Memorandum Opposing Defendants' Motion for Costs and Expert Fees and Expenses and an Opposition to Plaintiff's Motion for Expert Fees on or before May 22, 2020.

IT IS SO ORDERED.

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
UNITED STATES DISTRICT JUDGE

1415811.1