IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MEDICAL CENTER AT
ELIZABETH PLACE, LLC,
       Plaintiff,

    v.

PREMIER HEALTH PARTNERS,
*et al.*,
       Defendants.

Case No. 3:12-cv-26

JUDGE WALTER H. RICE

ORDER OVERRULING AS MOOT DEFENDANTS' RENEWED AND UPDATED MOTION FOR COSTS, EXPERT FEES, AND EXPENSES (DOC. #291) AND DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME (DOC. #315)

Having been advised that the parties have settled the matters of expert fees, costs and expenses, the Court OVERRULES AS MOOT Defendants' Renewed and Updated Motion for Costs, Expert Fees, and Expenses (Doc. #291), and Defendants' Unopposed Motion for Extension of Time to File (1) Reply to Plaintiff's Memorandum Opposing Defendants' Motion for Costs and Expert Fees and Expenses and (2) Opposition to Plaintiff's Motion for Expert Fees.  (Doc. #315).

Date: May 20, 2020

                                                             */s/ Walter H. Rice*
                                                             WALTER H. RICE
                                                             UNITED STATES DISTRICT JUDGE