IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

THE MEDICAL CENTER AT ELIZABETH     *     CASE NO. 3:12-CV-00026
PLACE, LLC,                                            (Judge Rice)

                                    *

    Plaintiff,

                                    *     **AGREED ENTRY**

    -vs-

                                    *

PREMIER HEALTH PARTNERS, et al.,

                                    *

    Defendants.

_____

By agreement of the parties, the Court hereby orders the following:

    1.    The Court hereby modifies the Court's May 21, 2020 Order Overruling as Moot Defendants' Renewed and Updated Motion for Costs, Expert Fees, and Expense (Doc. #291) and Defendants' Unopposed Motion for Extension of Time (Doc. #315) (Doc. #316) by rescinding that part of the Order that overrules Defendants' Motion for Costs (Doc. #291).

    2.    The Court hereby partially grants the Defendants' Renewed and Updated Motion for Costs, Expert Fees, and Expenses (Doc.#291) by entering judgment in favor of the Defendants and against the Plaintiff on that motion in the amount of $340,000. The Court hereby denies the Defendants' Renewed and Updated Motion for Costs, Expert Fees, and Expenses (Doc. #291) to the extent that it seeks any award beyond $340,000.

    3.    The judgment entered by Paragraph 2 hereof shall not be the subject of any garnishment, any debtor's examinations, any subpoenae or other discovery in aid of execution, any writ of execution, or any other proceedings or process in aid of execution.

   4.     The Plaintiff's Motion for Expert Fees (Doc.#312) is
hereby denied.

IT IS SO ORDERED.


                                          _Waltr H. Rice_   (tp - per Judge Rice authorization
                                                              after his review)
                                          UNITED STATES DISTRICT JUDGE



/s/ Ronald J. Kozar (0041903)              .
Kettering Tower, Suite 2830
40 North Main Street
Dayton, Ohio 45423
(937) 222-6764 ph
ronald.kozar@gmail.com
Attorney for Plaintiff

/s/ D. Jeffrey Ireland              .
D. Jeffrey Ireland (0010443)
  Trial Attorney
Melinda K. Burton (0064618)
FARUKI PLL
110 North Main Street, Suite 1600
Dayton, Ohio 45402
(937) 227-3710 ph
(937) 227-3717 fax
djireland@ficlaw.com
Attorneys for Defendants

1420395.1

2