AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Medical Center at Elizabeth Place, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:12-CV-26 |
| Premier Health Partners, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Partitally granting Defendants' renewed and updated Motion for costs, expert fees, and expenses [ doc.291]; Judgment in favor of Defendants and against Plaintiff on that motion in the amount of $340,000.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice   on a motion for
   agreed entry

Date:  6/15/2020

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk